IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHERN TITLE INSURANCE CORPORATION | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| DONALD RAY STRICKLAND | )<br>) |
| Defendant. | )<br>)<br>) |

FILED
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF NC

2010 OCT 15 P 3:06

ADVERSARY
PROCEEDING
NO. 10-03208

## ANSWER

NOW INTO COURT, comes Donald R. Strickland, PRO SE, who states as follows:

1. Admitted.

2. Admitted.

3. The allegation of Paragraph 3 of the Complaint requires no response from the Defendant, but is nonetheless denied.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. The allegations of Paragraph 13 of the Complaint are denied, except to admit that Don Strickland's signature does appear on page 6 of 6 in the exhibit attached to the Complaint.

14. The allegations of Paragraph 14 of the Complaint are denied, except to admit that Don Strickland's signature does appear on page 6 of 6 in the exhibit attached to the Complaint.

15. The allegations of Paragraph 15 of the Complaint are denied, except to admit that Mid-Atlantic collected premiums and remitted a portion of those premiums to Plaintiff.

16. The allegations of Paragraph 16 of the Complaint are denied, except to admit that Mid-Atlantic collected premiums and remitted a portion of those premiums to Plaintiff.

17. Denied.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. The allegations of Paragraph 22 of the Complaint require no response from the Defendant, but are nonetheless denied.

23. Denied.

24. Denied in all respects and in all subparagraphs a) through e).

25. Denied.

26. Denied.

27. Denied.

28. The allegations of Paragraph 28 of the Complaint require no response from the Defendant, but are nonetheless denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

WHEREFORE, the Defendant requests that the Court find in favor of the Defendant and against the Plaintiff and;

1. That Defendant be awarded the costs of defending this frivolous action, including attorney's fees under Rule 11 of the Federal Rules of Civil Procedure;

2. That Defendant be accorded such other and further relief as the Court may deem just and proper.

This the 15th day of October, 2010

Donald R. Strickland, PRO SE
10645 Knox Ave.
Matthews NC 28105