**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 10–03208

IN THE MATTER OF:
    Donald Ray Strickland                          Case No.: 10–30697
    Debtor(s)                                      Chapter: 7

Southern Title Insurance Corporation
    Plaintiff(s)

vs.

Donald Ray Strickland
    Defendant(s)

# INITIAL PRE–TRIAL ORDER

Pursuant to Bankruptcy Rules 7016 and 7026 (which incorporate Rules 16 and 26 Fed. R. Civ. P.), it is hereby **ORDERED** that:

1. The parties shall meet pursuant to Rule 26(f) by November 8, 2010 (The meeting requirement may be satisfied by correspondence, telecommunication, facsimile transmission or other forms of communication). The court will deem the parties to have complied with Rule 26(f) after they have conferred about the following:

    a. Those matters set out in Fed. R. Civ.P. 26(a)(1);

    b. The necessity of joining additional parties and issues;

    c. Settlement posibilities;

    d. Anticipated discovery and the amount of time necessary to complete discovery; and

    e. Anticipated dispositive motions.

2. All discovery in this action shall be completed by January 17, 2011.

3. Any dispositive motions shall be filed by February 1, 2011.

4. If any party believes their case would be benefited by strict compliance with Fed. R. Civ. P. 26 and 16, they may request such relief by proper motion and notice of hearing.

5. The provisions of this Order may be modified or substituted for by agreement of all of the parties by preparing a proposed substitute Order signed by the parties and submitted to the court for its consideration and entry. In the absence of agreement, any party may move the court to modify this Order or for any other matter relating to pre−trial administration at any time by proper motion and notice of hearing. These provisions are deemed to satisfy the requirement that the court conduct conferences with counsel pursuant to Rules 16 and 26.

6. At the conclusion of the period for discovery, the court will send a Notice of Pre−Trial Conference which schedules a pre−trial conference between the Court and the parties. If a date is selected for trial at the pre−trial conference, the court will enter a Final Pre−Trial Order and Notice of Trial which will require supplementation of disclosure and discovery, exchange of exhibits, identification of witnesses and which will set a time certain for trial. After entry of that Order, continuances will be granted only for compelling circumstances. If a date is not selected for trial at the pre−trial conference, the court will continue the matter so the parties can select a trial date and the continued hearing.

Dated: October 18, 2010                              BY THE COURT


                                                     J. Craig Whitley
                                                     United States Bankruptcy Judge


Electronically filed and signed (10/18/10)